FILED
CLERK, U.S. DISTRICT COURT

AUG 25 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT STANLEY KENNEDY, | Case No. EDCV 07-1451-AHS (JTL) |
| Petitioner, | **J U D G M E N T** |
| v. | |
| ROBERT J. HERNANDEZ, Warden, | |
| Respondent. | |

In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: AUG 25 2008

_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE